# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                      **CASE NO. 25-cr-20090-DDC-ADM**

**TAMERA RUTH POWERS,**
a/k/a
**MINDA SUE LANDIS,**

        **Defendant.**

# INFORMATION

**THE UNITED STATES ATTORNEY FOR THE DISTRICT OF KANSAS CHARGES**:

At all times relevant to this Information:

## INTRODUCTION

1. The Social Security Administration (SSA) was an executive level branch of the United States government. It administered programs that included retirement and disability benefits.

1

2. The State of Kansas operated numerous assistance programs including the Low Income Energy Assistance Program (LIEAP), and a food assistance program known as the Supplemental Nutrition Assistance Program (SNAP). These programs are income-based.

3. Medicaid was a public health insurance program funded with both state and federal tax dollars. It was administered nationally by the Centers for Medicare & Medicaid Services, a division of the United States Department for Health and Human Services. KanCare was the program through which the State of Kansas administered Medicaid. It was operated and administered by the Kansas Department of Health and Environment (KDHE) and the Kansas Department for Aging and Disability Services (KDADS). KDHE maintained financial management and contract oversight of the KanCare program while KDADS administered the Medicaid waiver programs for disability services, mental health, and substance abuse.

4. Intrust Bank was a financial institution headquartered in Wichita, Kansas, with a branch in Lawrence, Kansas. First Security Bank was a financial institution located in Tonganoxie, Kansas

5. Defendant Tamera Ruth Powers was a resident of Kansas. Powers was born in Oklahoma in 1958. She was married to a person with the last name of Kuhlenschmidt, but divorced in 1979.

6. Minda Sue Rakestraw was a relative of Defendant Powers. Rakestraw died in Texas in 1977.

7. Defendant stole Minda Sue Rakestraw's identity. In 1993, Defendant, using the name Minda Sue Rakestraw, obtained a marriage certificate and entered into a marriage with a person with the last name of Landis. Thereafter, Defendant used the name "Minda Sue Landis" and Rakestraw's date of birth and social security number to apply for state and federal benefits. Defendant obtained a Kansas identification card in the name of Minda Sue Landis, opened bank accounts in the name of Minda Sue Landis, and purchased real property in the name of Minda Sue Landis.

8. Defendant obtained and used a Kansas driver's license in the name of Tamera Ruth Powers and a Kansas identification card in the name of Minda Sue Landis.

## The Scheme to Defraud

9. Beginning around August 2012, and continuing through May 27, 2025, Defendant devised and executed a scheme to defraud the United States and the State of Kansas by applying for and receiving state and federal benefits she was not entitled to receive.

9. In April 2005, as part of the scheme to defraud, Defendant applied for SSA disability insurance benefits in the name of Minda Sue Landis. Defendant used Landis' name, date of birth, and social security number in the application. The application was approved, and Defendant began receiving SSA benefits.

10. In August 2012, Defendant applied for SSA disability insurance benefits through SSA in her own true name (Tamera Ruth Powers). In the application, Defendant

3

falsely stated that she had not previously applied for benefits through SSA, that she was not married, and that she did not have a bank account.

11. In August 2013, Defendant applied for Supplemental Security Income (SSI) benefits using the name Tamera R. Powers. In the SSI application Defendant falsely stated she was not married; failed to disclose that she had used other names, including Minda Sue Landis; and falsely claimed that she had not used any other social security number.

12. In August 2013, Defendant applied for LIEAP and SNAP assistance through the State of Kansas. In the applications, Defendant failed to disclose that she was married. Defendant was obliged to report her marriage and include her spouse's income in the application. Because Defendant lied on the applications, she received more benefits than she was entitled to receive.

13. In December 2013, Defendant began receiving Medicaid benefits through the State of Kansas. She was automatically enrolled in Medicaid due to her false application for SSI. She did not disclose to Medicaid eligibility staff that she was married, her household income, or that she used other names. She would not have been eligible for any Medicaid benefits.

14. On July 7, 2014, Defendant, using the name Tamera R. Powers, opened a bank account at a financial institution in Tonganoxie, Kansas. Defendant used this account to receive SSA benefits. Defendant used a financial institution in Wichita, Kansas to receive SSA benefits in the name of Minda Sue Landis.

15. In June 2023, Defendant applied for Retirement Insurance Benefits through SSA. In the application Defendant falsely stated that she was not married and failed to disclose that she had used other names.

16. Defendant received SSA benefits in the name of "Tamera R. Powers" through wire transfers from the United States Treasury Department into her bank account at First Security Bank. Defendant received SSA benefits in the name of "Minda Sue Landis" through wire transfers from the United States Treasury Department into her bank account at Intrust Bank.

## COUNT 1

### Wire Fraud
### [18 U.S.C. §1343]

The allegations in paragraphs 1 through 15 of this information are incorporated as if fully set forth herein.

17. On or about April 16, 2025, in the District of Kansas and elsewhere, the defendant,

**TAMERA RUTH POWERS,**
**a/k/a**
**MINDA SUE LANDIS,**

having devised and intending to devise the aforementioned scheme and artifice to defraud SSA and the State of Kansas, for the purpose of obtaining money and property by means of false and fraudulent pretenses, representations, and promises, knowingly transmitted and caused to be transmitted in interstate commerce, wire and radio sounds, and signals, that is the payment of SSI benefits in the amount of $1,205.00 through a wire transfer

from outside Kansas to Defendant's bank account in the name of Minda Sue Landis at Intrust Bank.

     In violation of Title 18, United States Code, Section 1343.


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *D. Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### **Count One:  Wire Fraud [18 U.S.C. 1343]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  18 U.S.C. § 1341.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).  In the alternative, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss.  18 U.S.C. § 3571(d).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.